1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **NORTHERN DISTRICT OF CALIFORNIA**
8
9

10 SCOTT JOHNSON,                                    Case No. 17-cv-00723   NC

11                    Plaintiff,                    **ORDER OF CONDITIONAL DISMISSAL**

12        v.                                         Re: Dkt.  33

13 HARJEET SINGH GILL, et al.,

14                    Defendants.

15

16         The Court having been notified of the settlement of this action, and it appearing that

17 no issue remains for the Court's determination,

18         IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

19 DISMISSED with prejudice.  In the event that the settlement is not reached, any party may

20 move to reopen the case, provided that such motion is filed within sixty days.  All

21 scheduled dates are VACATED.

22         IT IS SO ORDERED.

23         Dated:   December 13, 2017,

24                                                   Nathanael M. Cousins
                                                    United States Magistrate Judge

25

26

27

28